IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN THE MATTER OF: )<br>MARLON DALE HARGIS )<br>SSN:xxx-xx-3160 )<br>VICKIE DARLENE HARGIS )<br>SSN xxx-xx-6986 )<br>)<br>Debtor(s). )<br>_____ )<br>)<br>MARLON DALE HARGIS )<br>VICKIE DARLENE HARGIS )<br>    Plaintiffs, )<br>v. )<br>)<br>WELLS FARGO DELAWARE TRUST )<br>COMPANY, N.A. (PAYEE VERICREST )<br>FINANCIAL INC.) )<br>    Defendant. ) | <br><br><br><br><br><br><br><br><br>BK Case No. 3:12-bk-01450<br>Chapter 13<br><br>ADV CASE NO.: 13-90141<br><br>Judge Harrison |

### AGREED ORDER SETTING ASIDE ORDER DISALLOWING CLAIM AND DISMISSING ADVERSARY PROCEEDING

This matter was scheduled to be heard on October 9, 2013 upon the parties' cross Motions for Summary Judgment, if filed, or trial. In its pre-trial Order, the Court consolidated the Defendant's Motion to Reconsider the Disallowance of Proof of Claim # 7, and the debtors' Adversary Proceeding attempting to strip the creditor's lien from the property;

On September 5, 2013, subsequent to the disallowance of its Proof of Claim, the claim was amended or otherwise supplemented to address the ground(s) in the Trustee's original motion to disallow. Based on the amendment and/or supplement, the Trustee, by his electronic signature below, indicates consent to set aside the disallowance of Proof of Claim # 7 and allow the same to be paid pursuant to the Confirmation Order;

R&L: 5993

ORDERED, the Creditor's Motion to Set Aside the Disallowance of Proof of Claim # 7 is granted;

ORDERED that the Creditor shall pay the Debtor $ 500.00 for attorney's fee and/or expenses;

ORDERED, the above-referenced Adversary Proceeding is dismissed; and,

ORDERED, that the creditor and any servicer for such creditor are prohibited and forever barred from assessing any fees, costs, or set-off amounts against the debtor or against the property that serves as collateral for its loan in connection with the motion resolved by this agreed order.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED BY:

/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, o=Office of the Chapter 13 Trustee, ou=Chapter 13 Trustee, email=pleadings@ch13nsh.com, c=US
Date: 2013.09.24 15:55:57 -05'00'

Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 190664
Nashville, TN 37219-0664
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com

/s/ James Roberts .
James D. R. Roberts, Reg. No. 017537
Janet L. Layman, Reg. No. 021569
ROBERTS & LAYMAN
1700 Hayes Street, Suite 303
Nashville, Tennessee 37203
(615) 242-2002 office
(615) 242-2042 facsimile
Attorney for Wells Fargo Delaware Trust
Jim.Roberts@RobertsandLayman.com

R&L: 5993

    /s/ Charles W. Faquin          .
Charles W. Faquin
Attorney at Law
346 21st Avenue North
Nashville, Tennessee 37203-1848
(615) 321-8787
charles@faquin-law.com
Attorney for the Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent electronically to the attorney for the debtor(s)'s attorney, Charles W. Faquin, Attorney at Law, 346 21st Avenue North, Nashville, Tennessee 37203-1848, and Trustee, Henry E. Hildebrand, III, Post Office Box P.O. Box 340019, Nashville, TN 37203-0019, and the U.S. Trustee, at 318 Customs House, 701 Broadway, Nashville, TN 37203 on this the 24th day of September 2013.

                          /s/ James Roberts     .
                        James D. R. Roberts
                        Janet L. Layman

R&L: 5993